IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  00-CR-00458-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD DEAN McCRANIE,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on April 18, 2016, for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release.  I have taken judicial notice of the court's file including but not limited to the presentence report and pretrial services report.  Lastly, I have considered the proffers by the parties and argument by counsel for both the government and Defendant.

    Based upon the Defendant's wavier of preliminary hearing,  I find  probable cause exists to believe that the Defendant has violated his Supervised Release as outlined in counts one through  three, inclusive, in the Petition to Revoke Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]. Defendant is not contesting detention.

    In making my findings of fact, I have taken judicial notice of the court's file and

the proffers by the parties.  Under these circumstances, I conclude that the Defendant has not sustained his burden of establishing that he will not flee or be a danger to any other person or to the community. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure the appearance of the Defendant and the safety of the community.  Accordingly, I order the Defendant detained without bond.

       Done this 18th day of April 2016.

                              BY THE COURT

                              S/ Michael J. Watanabe
                              _____
                              Michael J. Watanabe
                              U.S. Magistrate Judge